# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS LEWIS, JR., #302892, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO. 15-0418-CG-C ) |
| JODY CAMPBELL, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's motion for injunctive relief (Doc. 9) be and is hereby **DENIED.**

**DONE and ORDERED** this 13th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE