# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS LEWIS, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 15-0418-CG-MU |
| JODY CAMPBELL, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 15, 2017 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE