IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS LEWIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 15-0418-CG-MU |
| | ) |
| JODY CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE,** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure, for the failure of Plaintiff to prosecute this action and abide by this Court's orders dated December 20, 2016 (Doc. 10) and March 28, 2017 (*see* Doc. 15).

**DONE and ORDERED** this 20th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE